|   |   |
|---|---|
| 1 | **SINGLETON SCHREIBER, LLP** |
|   | CHRISTOPHER R. RODRIGUEZ, SB# 212274 |
| 2 |   E-Mail: crodriguez@singletonschreiber.com |
|   | ANDREW D. BLUTH, SB# 232387 |
| 3 |   E-Mail: abluth@singletonschreiber.com |
|   | JOHN R. TERNIEDEN, SB# 330343 |
| 4 |   E-Mail: jternieden@singletonschreiber.com |
|   | TRENT J. NELSON, SB# 340185 |
| 5 |   E-Mail: tnelson@singletonschreiber.com |
|   | 1414 K Street, Suite 470 |
| 6 | Sacramento, California 95814 |
|   | Telephone: (916) 248-8478 |
| 7 | Facsimile: (619) 255-1515 |
| 8 | **LAW OFFICES OF THOMAS LEARY, APC** |
|   | THOMAS A. LEARY, SB# 123792 |
| 9 | 3023 First Avenue |
|   | San Diego, California 92103 |
| 10 | Phone: (619) 291-1900 |
| 11 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY D. JONES, an individual; ROBERT LIPTON, an individual; ELLIOT IVINS, an individual; REBECCA LIEN, an individual; and RENEE ALICE WATROBA, an individual, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASTERCARD INTERNATIONAL INCORPORATED, a corporation; and DOES 1 through 100,<br><br>    Defendants. | No. 2:24-cv-00458-MRA (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)(A)(i)]** |

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)(A)(i)]

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs MISTY D. JONES, ROBERT LIPTON, ELLIOT IVINS, REBECCA LIEN, and RENEE ALICE WATROBA hereby voluntarily dismiss this action against all Defendants without prejudice.

Dated: April 11, 2024                SINGLETON SCHREIBER, LLP

                                     By: */s/ Christopher R. Rodriguez*
                                        Christopher R. Rodriguez
                                        Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I, Christopher R. Rodriguez, hereby certify that on April 11, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

></br>
>*/s/* Christopher R. Rodriguez
>Christopher R. Rodriguez Esq.